IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.   3:13-mj-0004-CMK |
| | 3:14-mj-0063-CMK |
| Plaintiff, | |
| v. | ORDER |
| Michael R. Kramer, | |
| Defendant. | |

_____

    In its Proposed Memorandum of Opinion and Judgment filed on June 24, 2015, the court found the defendant not guilty of Count 3 of the Information filed on January 27, 2015, as to violating 36 C.F.R. § 4.22(b)(3), unsafe operation of a vehicle. In the concluding paragraph of said Memorandum, however, the court mistakenly concluded that the defendant was guilty of Count 3, and not guilty of Count 6 of violating 36 C.F.R. § 2.34(a)(1), disorderly conduct. The corrected language at lines 4 through 24 on page 14 is:

    (1) The evidence supports beyond a reasonable doubt that with respect to Information filed January 17, 2015, the defendant is guilty of the charges set forth in: Count 1, possession of a concealed handgun in violation of 36 C.F.R. § 2.4(a)(1)(I); Count 2, possession or control of an unregistered vehicle in violation of 36 C.F.R. § 4.2, incorporating California Vehicle Code § 4000(a); Count 3, having no proof of financial responsibility for his vehicle in violation of 36 C.F.R. § 4.2, incorporating California Vehicle Code 16028(A), and Count 4, failing to obtain a camping permit in violation of 36 C.F.R. § 2.10(b)(8), all Class B misdemeanors.

(2) The evidence also supports beyond a reasonable doubt that with respect to Information filed January 27, 2015, the defendant is guilty of the charges set forth in: Count 1, violating 18 U.S.C. § 13, incorporating California Vehicle Code § 14601.1(a), driving with a suspended license; Count 2 with violating 18 U.S.C. § 13, incorporating California Vehicle Code § 12500(a), driving without a valid driving license; Count 4 violating 36 C.F.R. § 2.32(a)(1), threatening, resisting . . . interfering with a government employee engaged in official duty; Count 5, violating 36 C.F.R. § 2.32(a)(2), failure to obey lawful order of a Government employee; *Count 6 of violating 36 C.F.R. § 2.34(a)(1), disorderly conduct*; Count 7, violating 18 U.S.C. § 13, incorporating California Vehicle Code § 4000(a)(1), possessing or in control of an unregistered vehicle; Count 8, violating 18 U.S.C. § 13 incorporating California Vehicle Code § 16028(a), failure to provide proof of financial responsibility for his vehicle; Count 9 violating 18 U.S.C. § 13, incorporating California Vehicle Code § 5402(a), failure to display current registration stickers or tabs and *not guilty of count 3 of violating 36 C.F.R. § 4.22(b)(3), unsafe operation of a vehicle.*

This corrected language will appear in the courts final judgment following sentencing on September 8, 2015.

IT IS SO ORDERED:

DATED: July 30, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE