# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MICHAEL R. KRAMER | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:   **3:13-mj-0004CMK**<br>                          **3:14-mj-0063 CMK**<br><br>In Pro Se with John Kucera appointed as standby counsel<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]   pleaded guilty to count(s): _____
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[X]   was found guilty on count(s) 1, 2, 3 and 4 in Case No. 3:13-mj-0004 CMK and Counts 1, 2, 4, 5, 6, 7, 8 and 9 in Case No. 3:14-mj-0063 CMK   after a plea of not guilty.
[X]   was found not guilty of Count 3 in Case No. 3:14-mj-0063 CMK.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| | | | **3:13-mj-0004** |
| 16 USC 3, 36 CFR 2.4(b) | Carry or Possess Loaded Weapon in Motor Vehicle | 02/10/2013 | 1 |
| 16 USC 3, 36 CFR 2.10(b)(8) | Fail to Obtain Camping Permit | 02/10/2013 | 2 |
| 18 USC 13, CVC 4000(a) | Fail to Comply with Registration Requirements | 02/10/2013 | 3 |
| 18 USC 13, CVC 16028(a) | No Evidence of Financial Responsibility | 02/10/2014 | 4 |
| | | | **3:14-mj-0063** |
| 18 USC 13, CVC 14601(a) | Drive when Privilege Suspended | 12/14/2014 | 1 |
| 18 USC 13, CVC 12500(a) | Drive w/o Valid License | 12/14/2014 | 2 |
| 16 USC 3, 36 CFR 2.32(a)(1) | Threaten, Resist, Intimidate or Intentionally Interfere with Government Employee or Agent Engaged in an Official Duty | 12/14/2014 | 4 |
| 16 USC 3, 36 CFR 2.32(a)(2) | Fail to Obey a Lawful Order of a Government Employee or Agent | 12/14/2014 | 5 |
| 16 USC 3, 36 CFR 2.34(a)(1) | Disorderly Conduct | 12/14/2014 | 6 |
| 18 USC 13, CVC 4000(a)(1) | Fail to Comply w/Registration Requirements | 12/14/2014 | 7 |
| 18 USC 13, CVC 16028(a) | No Evidence of Financial Responsibility | 12/14/2014 | 8 |
| 18 USC 13, CVC 5402(a) | Fail to Display Current Registration Tabs | 12/14/2014 | 9 |

Judgment in a Criminal Case
Page 2
3:13-mj-004 CMK and 3:14-mj-0063 CMK
USA v. Michael R. Kramer

Pursuant to the Sentencing Reform Act of 1984, **IT IS THE JUDGMENT OF THE COURT** that the defendant, MICHAEL R. KRAMER, is hereby sentenced to the Bureau of Prisons for 180 days each on Count 1 and 2 in Docket Number 3:13-mj-0004 CMK, to run concurrent; and 180 days each on Counts 1, 2, 4, 5, and 6 in Docket Number 3:14-mj-0063 CMK, to run concurrent. All counts in both docket numbers to run concurrent. The defendant shall pay a total fine of $1,650, as follows. In Docket Number 3:13-mj-0004 CMK, the defendant shall pay $500 on Count 1, $50 on Count 2, $50 on Count 3, and $100 on Count 4. In Docket Number 3:14-mj-0063 CMK, the defendant shall pay $300 on Count 1, $100 on Count 2, $100 on Count 4, $100 on Count 5, $100 on Count 6, $50 on Count 7, $100 on Count 8, and $100 on Count 9. The defendant shall pay special assessments of $90 at the time off judgment. Said fines and assessments to be paid to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.

IT IS ORDERED: that the defendant having been committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  one hundred eighty (180) days , is remanded to the custody of the United States Marshal.

IT IS FURTHER ORDERED THAT:

The defendant shall pay the following total criminal monetary penalties as follows:

|  | Assessment | Fine |
|---|---|---|
| Totals: | $90 | $1,650 |

Payment of the  total criminal monetary penalties of $1,740  shall be due as follows: ___Forthwith_____
Payment shall be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814

The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Pursuant to Rule 58(g)(2)(13) and Rule 32(j) of the Federal Rules of Criminal Procedure, you have the right to appeal the judgment of conviction and/or sentence to the United States District Court within ten (10) days of the entry of this Judgment. You must file you Notice of Appeal with the Clerk of the Untied States District Court, Eastern District of California, 501 "I" Street, Sacramento, California 95814. You are further advised that if you are unable to pay the costs of appeal, you may seek permission to appeal in forma pauperis.

09/08/2015
_____
Date of Imposition of Judgment

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

09/08/2015
_____
Date